JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>AMENEIK M. THEUS, an individual, AJAUN THEUS, an individual, DAVID HENRY, an individual, and D.H.V., a minor,<br><br>  Defendants. | CASE NO.: CV 12-7659-FMO(JCGx)<br><br>**ORDER FOR:**<br><br>**1. PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY'S DISCHARGE AND DISMISSAL;**<br><br>**2. PERMANENT INJUNCTION; AND**<br><br>**3. METLIFE'S RECOVERY OF REASONABLE ATTORNEYS' FEES** |

# **ORDER**

Having reviewed the Parties' Joint Stipulation for Metropolitan Life Insurance Company's ("MetLife") Discharge, Dismissal with Prejudice, Permanent Injunction and Recovery of Reasonable Attorneys' Fees and for good cause appearing therefore, the Court hereby orders as follows:

1. That Defendants Ameneik M. Theus, Ajaun Theus, D.H.V. and David Henry, and each of them, their agents, attorneys or assigns, are enjoined and restrained from instituting any suit at law or equity, or action of any kind whatsoever, against MetLife and the Los Angeles Unified School District with respect to the life insurance benefits that became payable upon the death of Sharlene Robinson ("Life Insurance Benefits);

2. That MetLife be dismissed with prejudice from this action and that MetLife and the Los Angeles Unified School District be discharged of all liability with respect to the Life Insurance Benefits; and

3. That MetLife be awarded the sum of $5,000 as its reasonable attorneys' fees and costs incurred in this action, to be deducted from the Life Insurance Benefits, to be made payable via a check to "Metropolitan Life Insurance Company" and to be mailed forthwith to its counsel of record in this action: Barger & Wolen LLP, Attention: Robert K. Renner, 19800 MacArthur Boulevard, Suite 800, Irvine, California 92612.

**IT IS SO ORDERED**.

DATED: June 10, 2013            _____/s/_____
                                                        THE HONORABLE FERNANDO M. OLGUIN
                                                        UNITED STATES DISTRICT JUDGE